Todd E. Kennedy, #6014
tkennedy@lionelsawyer.com
Steven C. Anderson, #11901
sanderson@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 838-8888 (Telephone)
(702) 383-8845 (Fax)

*Attorneys for MidFirst Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MidFirst Bank, a federally chartered savings association,<br><br>                    Plaintiff,<br><br>v.<br><br>Joseph Leynard Smith, an individual and Yolanda Denise Smith, an individual,<br><br>                    Defendants. | **Case No.: 2:12-cv-00974-GMN-PAL**<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND PRETRIAL ORDER DATE**<br><br>**(Fourth Request)** |

## **STIPULATION**

Plaintiff MidFirst Bank, ("MidFirst") and Defendants Joseph Leynard Smith and Yolanda Denise Smith (the "Smiths") (collectively, the "Parties") through their respective counsel of record stipulate as follows:

1. The Parties have reached a settlement in principle;

2. The Parties anticipate that drafting and executing all settlement documents may take several weeks;

3. In the unlikely event that a formal settlement is not completed the parties seek to extend the briefing schedule to avoid any potential prejudice; ACCORDINGLY

4. The Parties agree to continue the current briefing schedule as follows:

. . .

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Midfirst's Reply and Opposition re: Motions for Summary Judgment: May 21, 2013; and

Joint Pretrial Order Deadline: July 26, 2013.

5. **IT IS SO STIPULATED.**

| LIONEL SAWYER & COLLINS | GORDON SILVER |
|---|---|
| /s/ Steven C. Anderson | /s/ Kenneth E. Hogan |
| Todd E. Kennedy, #6014 | Eric R. Olsen, #3127 |
| Steven C. Anderson, #11901 | Kenneth E. Hogan, #10083 |
| 1700 Bank of America Plaza | 3960 Howard Hughes Pkwy., 9th Floor |
| 300 South Fourth Street | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | |
| | *Attorneys for Joseph and Yolanda Smith* |
| *Attorneys for MidFirst Bank* | |
| DATED this 15th day of May, 2013. | DATED this 15th day of May, 2013. |

## **ORDER**

In the Stipulation (ECF No. 33) filed before the Court on May 15, 2013, the parties have indicated that they reached a settlement in principle, and have requested an extension of the Joint Pretrial Order deadline and the briefing deadlines for the currently pending Motions for Summary Judgment (ECF Nos. 18, 26).

Accordingly,

**IT IS HEREBY ORDERED** that the request to extend the briefing deadlines is **DENIED**.

**IT IS FURTHER ORDERED** that, pursuant to the parties' settlement in principle, the Motions for Summary Judgment (ECF Nos. 18, 26) are **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that the request to extend the Joint Pretrial Order deadline to July 26, 2013, is **GRANTED in part, and DENIED in part**, as follows. **The Joint Pretrial Order deadline is extended to thirty (30) days after the Court's ruling on all dispositive motions.**

**DATED** this 16th day of May, 2013.

Submitted by
LIONEL SAWYER & COLLINS
By: Steven C. Anderson
Todd E. Kennedy, #6014
Steven C. Anderson, #11901
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Gloria M. Navarro
United States District Judge

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888