**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIDFIRST BANK, | Case No.: 2:12-cv-00974-GMN-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSEPH LEYNARD SMITH AND YOLANDA DENISE SMITH, | |
| Defendants. | |

On November 21, 2014, Plaintiff filed a Motion for Entry of Judgment in the form of a Confession of Judgment executed by both Defendants as part of a settlement (ECF No. 41). Defendants had until December 8, 2014 to file their Response in opposition to said motion. The time for Defendants to respond to Plaintiff's Motion has expired.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Judgment in the form of a Confession of Judgment executed by both defendants as part of a settlement (ECF No. 41) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment in accordance with the terms of the Confession of Judgment filed herein at ECF No. 41. The Clerk is directed to thereafter close the case.

**DATED** this 30th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court